# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| KRETSCHMANN FARM, LLC, AND DONALD KRETSCHMANN AND REBECCA KRETSCHMANN, HUSBAND AND WIFE, | : No. 56 WAL 2016 |
| Petitioners | : Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | |
| TOWNSHIP OF NEW SEWICKLEY AND BOARD OF SUPERVISORS OF NEW SEWICKLEY TOWNSHIP, BEAVER COUNTY, PENNSYLVANIA, | |
| Respondents | |
| v. | |
| CARDINAL PA MIDSTREAM, LLC AND PENNENERGY RESOURCES, LLC, | |
| Respondents | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.